**WO**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission, ) | Case No. CV 05-0394 PHX JAT |
| Plaintiff, ) | ORDER |
| vs. ) | |
| Wealth Systems, Inc. <u>et</u>. <u>al</u>. ) | |
| Defendants. ) | |

Based upon motion of the Defendant, Shane Roach, and good cause appearing, IT IS ORDERED modifying the stipulated preliminary injunction entered in this matter on February 23, 2005, as follows:

1. Shane Roach shall be permitted to re-finance his residence;

2. Proceeds from the re-finance shall be placed in Mr. Roach's checking account and/or his money market account at the Bank of America;

3. Documentation from the re-financing shall be made available to the plaintiff upon request.

4. The funds placed in Mr. Roach's checking account and/or his money market account shall be subject to the same limitations currently in effect by virtue of the stipulated preliminary injunction;

/ / /

/ / /

/ / /

1    IT IS FURTHER ORDERED that all other terms of the Stipulated Preliminary

2  Injunction entered February 23, 2005, shall remain in effect.

3    DATED this 6th day of October, 2005.

4

5

6    _____

7    James A. Teilborg
     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                          -2-